**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | |
| Sherrie J. Libecco, and ) | Bankruptcy No. 16-22460-JAD |
| Jeffery J. Libecco, ) | |
| ) | |
| Debtors. ) | Chapter 13 |
| ) | |
| Franklin American Mortgage ) | |
| Company. ) | |
| ) | |
| Movant, ) | Document No. |
| v. ) | |
| ) | Related to Document No. |
| Sherrie J. Libecco, and ) | |
| Jeffery J. Libecco, ) | |
| ) | |
| Respondents. ) | |

## **CERTIFICATE OF SERVICE**

    I, Jessica Wrzosek, Paralegal, certify under penalty of perjury that I served the forgoing Declaration of Sufficient Plan Funding on the following parties at the addresses listed below on December 23, 2016, via electronic mail and/or first class mail postage prepaid:

Cenlar FSB
425 Phillips Blvd.
PO Box 24610
Ewing, NJ 08618

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: December 23, 2016

By:/s/Jessica Wrzosek
Jessica Wrzosek, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Rd.
Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jwrzosek@thompsonattorney.com