# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | JEFFREY J. & SHERRIE J. LIBECCO |
| Case Number: | 16-22460-JAD      Chapter: 13 |
| Date / Time / Room: | THURSDAY, JANUARY 19, 2017 11:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

### *Matter:*

#12 - Final Confirmation of Plan Dated 7/15/2016- NFC
R / M #:  12 / 0

### *Appearances:*

Debtor: *Lemon*
Trustee: Winnecour / **Bedford** / Pail / Katz
Creditor: *Wasnbrodt - Franklin America*

### *Proceedings:*

*506 v. Ally pending*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. __✓___ The plan payment/term is increased/extended to _____, effective _____.
7. __✓___ Plan/Motion continued to __4-13-17__ at __10:00__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
JAN 25 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

1/11/2017   3:49:05PM