# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

***Conciliation Conference:***

| | |
|---|---|
| Debtor: | JEFFREY J. & SHERRIE J. LIBECCO |
| Case Number: | 16-22460-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, APRIL 13, 2017 10:00 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
4/17/17 9:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

***Matter:***

#12 - Continued Confirmation of Plan Dated 7/15/16 NFC
R / M #:  12 / 0

***Appearances:***

Debtor:  Lemon

Trustee:  Winnecour / Bedford / (Pail) Katz

Creditor:

***Proceedings:***

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____ .
7. __X__ Plan/Motion continued to  6/8/17  at  11:30
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____ .
    Objections are due on or before _____ .
    A hearing on the Amended Plan is set for _____ at _____ .
9. _____ Contested Hearing: _____ at _____ .
10. _____ Other:

4/6/2017    1:22:33PM