# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Sherrie J. Libecco, and | ) | Bankruptcy No. 16-22460-JAD |
| Jeffery J. Libecco, | ) | |
| | ) | |
|     Debtors. | ) | Chapter 13 |
| | ) | |
| Pennymac Loan Services LLC. | ) | |
| | ) | |
|     Movant, | ) | Document No. |
| v. | ) | |
| | ) | Related to Document No. |
| Sherrie J. Libecco, and | ) | |
| Jeffery J. Libecco, | ) | |
| | ) | |
|     Respondents. | ) | |

## **DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING**

After reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing payment is sufficient to fund the plan even with the proposed payment changes for December 1, 2017.

The new post-petition monthly payment payable to Movant is $1,565.29, effective December 1, 2017 per the notice dated October 31, 2017. Debtor's Chapter 13 Plan provides for monthly Plan payments of $1,563.00 and has in fact been overpaying by $8 for approximately 10 months based on the notice of payment change dated 12/02/2016 and is therefore sufficient for the payment change.

Dated: November 16, 2017　　　　　　　　　/s/Brian C. Thompson, Esquire
　　　　　　　　　　　　　　　　　　　　　Brian C. Thompson
　　　　　　　　　　　　　　　　　　　　　PA ID: 91197
　　　　　　　　　　　　　　　　　　　　　Thompson Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　125 Warrendale-Bayne Rd., Suite 200
　　　　　　　　　　　　　　　　　　　　　Warrendale, PA 15086
　　　　　　　　　　　　　　　　　　　　　(724) 799-8404 Telephone
　　　　　　　　　　　　　　　　　　　　　(724) 799-8409 Facsimile
　　　　　　　　　　　　　　　　　　　　　bthompson@thompsonattorney.com