**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | | |
| Sherrie J. Libecco, and | ) | Bankruptcy No. 16-22460-JAD |
| Jeffery J. Libecco, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | |
| Pennymac Loan Services | ) | |
| | ) | |
| Movant, | ) | Document No. |
| v. | ) | |
| | ) | Related to Document No. |
| Sherrie J. Libecco, and | ) | |
| Jeffery J. Libecco, | ) | |
| | ) | |
| Respondents. | ) | |

**CERTIFICATE OF SERVICE**

    I, Jessica Wrzosek, Paralegal, certify under penalty of perjury that I served the forgoing Declaration of Sufficient Plan Funding on the following parties at the addresses listed below on November 16, 2017, via electronic mail and/or first class mail postage prepaid:

PENNYMAC LOAN SERVICES, LLC
ATTN: CORRESPONDENCE UNIT
P.O. BOX 514387
LOS ANGELES, CA 90051-4387

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: November 16, 2017

By:/s/Robyn Yandrlic
Robyn Yandrlic, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Rd.
Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
ryandrlic@thompsonattorney.com