IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JEFFREY J. LIBECCO,<br>SHERRIE L. LIBECCO<br><br>Debtors | Bankruptcy No. 16-22460<br><br>Chapter 13<br><br>Related to Document No. 62 & 66 |
| RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE,<br><br>Movant,<br>vs.<br><br>PENNYMAC LOAN SERVICES, LLC<br>Respondent. | |

### AFFIDAVIT OF RITA GARCIA FOR PENNYMAC LOAN SERVICES, LLC CONFIRMING REMOVAL OF POST-PETITION CHARGES FROM THE DEBTORS' LOAN ACCOUNT

I, RITA GARCIA, being duly sworn according to law, swear as follows:

1. I, _Rita Garcia_, am the _Authorized Representative_ of PENNYMAC LOAN SERVICES, LLC, and I am familiar with PENNYMAC LOAN SERVICES, LLC's business records related to its loan accounts.

2. I have reviewed the Debtors' loan account. The $1,100.00, charge that was assessed to the account on March 13, 2017, have been modified. Of this total charge, $550.00 was reclassified to non-recoverable on May 23, 2018. This charge was removed from the Debtors' corporate advance balance, for which they would be liable, and was transferred to a non-recoverable corporate advance balance. PENNYMAC LOAN SERVICES, LLC's records now reflect that the original charges totaling $1,150.00 have been reduced to $575.00.

3. Attached hereto as Exhibit "A", is a full comprehensible loan history (redacted) showing the reclassification of the $550.00, charges.

_____
RITA GARCIA

Sworn to and subscribed before me, the undersigned notary public, this 20TH day of JULY, 2018.

_____
Notary Public   FRANK MICHAEL HOFF

FRANK MICHAEL HOFF
Commission # 2094816
Notary Public - California
Ventura County
My Comm. Expires Jan 21, 2019

# EXHIBIT A

```
                                 LoanHistory████████txt
SER1██████████████  _____         CUSTOMER SERVICE  INV 487/319  05/23/18  11:57:06
JEFFERY J LIBECCO                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 0     TYPE V.A.                      MAN B
SHERRIE J LIBECCO                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       IR  3.50000  BR 00    724-841-4210
111 CAMERON SQUARE        EVANS CITY PA 16033-4725                   0   724-841-4564
_  _____     < FRC: ACTIVE BK                                       >: 04/06/18
----~HIST---------------------* LOAN HISTORY *-------------------------(MORE)
PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION                         TRAN-EFFECTIVE-DATE
   TRAN-AMT    PRINCIPAL    INTEREST      ESCROW     AMOUNT/CD/DESCRIPTION
05-23-18  00-00  631   PROPERTY PRESERVATION
       15.00         0.00        0.00        0.00       15.00    NON REC CORP ADV
05-23-18  00-00  745   CORPORATE ADVANCE ADJUSTMENT
      550.00-        0.00        0.00        0.00      550.00-   MTGR REC CORP ADV BA
05-23-18  00-00  745   CORPORATE ADVANCE ADJUSTMENT
      550.00         0.00        0.00        0.00      550.00    NON REC CORP ADV
05-10-18  00-00  630   ATTORNEY ADVANCES
      500.00         0.00        0.00        0.00      500.00    NON REC CORP ADV
05-01-18  11-17  168   REPAY OF ESCROW ADVANCE
        0.00         0.00        0.00      363.42-     363.42    ADVANCE REFUND
05-01-18  11-17  173   PAYMENT
    1,743.52       461.03      740.84      363.42      178.23    SUSPENSE
---* PF2 FOR ADDL MESSAGES *-------------------------------------------------
PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION                         TRAN-EFFECTIVE-DATE
   TRAN-AMT    PRINCIPAL    INTEREST      ESCROW     AMOUNT/CD/DESCRIPTION
                  253,541.81                1,741.82-
04-26-18  00-00  766   MISCELLANEOUS REPAYMENT
       30.00         0.00        0.00        0.00       30.00    NON REC CORP ADV
04-20-18  00-00  631   PROPERTY PRESERVATION
       15.00         0.00        0.00        0.00       15.00    NON REC CORP ADV
04-09-18  10-17  168   REPAY OF ESCROW ADVANCE
        0.00         0.00        0.00      363.42-     363.42    ADVANCE REFUND
04-09-18  10-17  173   PAYMENT                                                  04-06-18
    1,736.36       459.69      742.18      363.42      171.07    SUSPENSE
                  254,002.84                2,105.24-
03-30-18  00-00  631   PROPERTY PRESERVATION
       15.00         0.00        0.00        0.00       15.00    NON REC CORP ADV
---* PF2 FOR ADDL MESSAGES *-------------------------------------------------
PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION                         TRAN-EFFECTIVE-DATE
   TRAN-AMT    PRINCIPAL    INTEREST      ESCROW     AMOUNT/CD/DESCRIPTION
03-26-18  10-17  161   ESCROW ADVANCE
      799.15         0.00        0.00      799.15
03-26-18  04-18  312   COUNTY TAX
      799.15-        0.00        0.00      799.15-                PAYEE =    370192036
                                            2,468.66-
03-16-18  00-00  631   PROPERTY PRESERVATION
       15.00         0.00        0.00        0.00       15.00    NON REC CORP ADV
03-05-18  09-17  168   REPAY OF ESCROW ADVANCE
        0.00         0.00        0.00      363.42-     363.42    ADVANCE REFUND
03-05-18  09-17  173   PAYMENT                                                  03-02-18
        0.00       458.35      743.52      363.42    1,565.29-   SUSPENSE
                  254,462.53                1,669.51-
---* PF2 FOR ADDL MESSAGES *-------------------------------------------------
PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION                         TRAN-EFFECTIVE-DATE
   TRAN-AMT    PRINCIPAL    INTEREST      ESCROW     AMOUNT/CD/DESCRIPTION
03-02-18  09-17  173   PAYMENT
    1,721.93         0.00        0.00        0.00    1,721.93    SUSPENSE
02-27-18  00-00  766   MISCELLANEOUS REPAYMENT
       30.00         0.00        0.00        0.00       30.00    NON REC CORP ADV
02-20-18  09-17  161   ESCROW ADVANCE
    1,155.00         0.00        0.00    1,155.00
02-20-18  02-18  351
    1,155.00-        0.00        0.00    1,155.00-                PAYEE =    ERI00
                                            2,032.93-
02-05-18  08-17  168   REPAY OF ESCROW ADVANCE
                                Page 1
```

```
                              LoanHistory_          txt
        0.00         0.00         0.00    353.39-    353.39   ADVANCE REFUND

---* PF2 FOR ADDL MESSAGES *-------------------------------------------------
PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION                      TRAN-EFFECTIVE-DATE
   TRAN-AMT    PRINCIPAL    INTEREST    ESCROW    AMOUNT/CD/DESCRIPTION
02-05-18  08-17  173  PAYMENT                                        02-01-18
        0.00       457.02      744.85    353.39   1,555.26-  SUSPENSE
                 254,920.88              877.93-
02-01-18  08-17  173  PAYMENT
    1,681.49         0.00        0.00      0.00   1,681.49   SUSPENSE
01-31-18  00-00  631  PROPERTY PRESERVATION
       15.00         0.00        0.00      0.00      15.00   NON REC CORP ADV
01-02-18  07-17  168  REPAY OF ESCROW ADVANCE
        0.00         0.00        0.00    353.39-    353.39   ADVANCE REFUND
01-02-18  07-17  173  PAYMENT                                        N/12-29-17
        0.00       455.69      746.18    353.39   1,555.26-  SUSPENSE
                 255,377.90            1,231.32-
---* PF2 FOR ADDL MESSAGES *-------------------------------------------------
PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION                      TRAN-EFFECTIVE-DATE
   TRAN-AMT    PRINCIPAL    INTEREST    ESCROW    AMOUNT/CD/DESCRIPTION
01-02-18  00-00  631  PROPERTY PRESERVATION
       15.00         0.00        0.00      0.00      15.00   NON REC CORP ADV
12-29-17  06-17  168  REPAY OF ESCROW ADVANCE
        0.00         0.00        0.00    353.39-    353.39   ADVANCE REFUND
12-29-17  06-17  173  PAYMENT                                        12-28-17
    2,362.69       454.36      747.51    353.39     807.43   SUSPENSE
                 255,833.59            1,584.71-
12-27-17  00-00  766  MISCELLANEOUS REPAYMENT
       30.00         0.00        0.00      0.00      30.00   NON REC CORP ADV
12-21-17  05-17  168  REPAY OF ESCROW ADVANCE
        0.00         0.00        0.00    353.39-    353.39   ADVANCE REFUND

---* PF2 FOR ADDL MESSAGES *-------------------------------------------------
PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION                      TRAN-EFFECTIVE-DATE
   TRAN-AMT    PRINCIPAL    INTEREST    ESCROW    AMOUNT/CD/DESCRIPTION
12-21-17  05-17  173  PAYMENT                                        12-20-17
        0.00       453.04      748.83    353.39   1,555.26-  SUSPENSE
                 256,287.95            1,938.10-
12-20-17  05-17  173  PAYMENT
    1,641.36         0.00        0.00      0.00   1,641.36   SUSPENSE
11-28-17  00-00  631  PROPERTY PRESERVATION
       15.00         0.00        0.00      0.00      15.00   NON REC CORP ADV
11-10-17  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
       56.00         0.00        0.00      0.00      56.00   NON REC CORP ADV
11-10-17  00-00  630  ATTORNEY ADVANCES
       50.00         0.00        0.00      0.00      50.00   NON REC CORP ADV

---* PF2 FOR ADDL MESSAGES *-------------------------------------------------
PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION                      TRAN-EFFECTIVE-DATE
   TRAN-AMT    PRINCIPAL    INTEREST    ESCROW    AMOUNT/CD/DESCRIPTION
11-03-17  04-17  168  REPAY OF ESCROW ADVANCE
        0.00         0.00        0.00    353.39-    353.39   ADVANCE REFUND
11-03-17  04-17  173  PAYMENT                                        11-02-17
        0.00       451.72      750.15    353.39   1,555.26-  SUSPENSE
                 256,740.99            2,291.49-
11-02-17  04-17  173  PAYMENT
    1,660.55         0.00        0.00      0.00   1,660.55   SUSPENSE
10-16-17  00-00  633  MISC FORECLOSURE AND BANKRUPTCY EXPENSES
       25.00         0.00        0.00      0.00      25.00   NON REC CORP ADV
10-16-17  00-00  630  ATTORNEY ADVANCES
       75.00         0.00        0.00      0.00      75.00   NON REC CORP ADV

---* PF2 FOR ADDL MESSAGES *-------------------------------------------------
                                 Page 2
```

```
                              LoanHistor             xt
PROC-DT DUE-DT  TRAN  TRAN-DESCRIPTION                         TRAN-EFFECTIVE-DATE
   TRAN-AMT    PRINCIPAL    INTEREST     ESCROW     AMOUNT/CD/DESCRIPTION
10-04-17 03-17  168   REPAY OF ESCROW ADVANCE
       0.00         0.00        0.00      353.39-    353.39   ADVANCE REFUND
10-04-17 03-17  173   PAYMENT                                              10-03-17
       0.00       450.41      751.46      353.39   1,555.26-  SUSPENSE
               257,192.71              2,644.88-
10-03-17 03-17  173   PAYMENT                                              10-02-17
    1,542.09        0.00        0.00        0.00   1,542.09   SUSPENSE
09-29-17 00-00  631   PROPERTY PRESERVATION
      15.00         0.00        0.00        0.00      15.00   NON REC CORP ADV
09-26-17 03-17  161   ESCROW ADVANCE
    2,315.84        0.00        0.00    2,315.84

---* PF2 FOR ADDL MESSAGES *--------------------------------------------------
PROC-DT DUE-DT  TRAN  TRAN-DESCRIPTION                         TRAN-EFFECTIVE-DATE
   TRAN-AMT    PRINCIPAL    INTEREST     ESCROW     AMOUNT/CD/DESCRIPTION
09-26-17 09-17  314
    2,315.84-       0.00        0.00    2,315.84-            PAYEE =   370196036
                                        2,998.27-
09-26-17 00-00  745   CORPORATE ADVANCE ADJUSTMENT
     165.00-        0.00        0.00        0.00     165.00-  MTGR REC CORP ADV BA
09-26-17 00-00  745   CORPORATE ADVANCE ADJUSTMENT
     165.00         0.00        0.00        0.00     165.00   NON REC CORP ADV
09-08-17 00-00  745   CORPORATE ADVANCE ADJUSTMENT
      15.00         0.00        0.00        0.00      15.00   MTGR REC CORP ADV BA
09-08-17 00-00  745   CORPORATE ADVANCE ADJUSTMENT
      15.00         0.00        0.00        0.00      15.00   MTGR REC CORP ADV BA

---* PF2 FOR ADDL MESSAGES *--------------------------------------------------
PROC-DT DUE-DT  TRAN  TRAN-DESCRIPTION                         TRAN-EFFECTIVE-DATE
   TRAN-AMT    PRINCIPAL    INTEREST     ESCROW     AMOUNT/CD/DESCRIPTION
09-08-17 00-00  745   CORPORATE ADVANCE ADJUSTMENT
      15.00         0.00        0.00        0.00      15.00   MTGR REC CORP ADV BA
09-08-17 00-00  745   CORPORATE ADVANCE ADJUSTMENT
      15.00         0.00        0.00        0.00      15.00   MTGR REC CORP ADV BA
09-08-17 00-00  745   CORPORATE ADVANCE ADJUSTMENT
      15.00         0.00        0.00        0.00      15.00   MTGR REC CORP ADV BA
09-08-17 00-00  745   CORPORATE ADVANCE ADJUSTMENT
      15.00         0.00        0.00        0.00      15.00   MTGR REC CORP ADV BA
09-08-17 00-00  745   CORPORATE ADVANCE ADJUSTMENT
      15.00         0.00        0.00        0.00      15.00   MTGR REC CORP ADV BA
09-08-17 00-00  745   CORPORATE ADVANCE ADJUSTMENT
      15.00         0.00        0.00        0.00      15.00   MTGR REC CORP ADV BA
---* PF2 FOR ADDL MESSAGES *--------------------------------------------------
PROC-DT DUE-DT  TRAN  TRAN-DESCRIPTION                         TRAN-EFFECTIVE-DATE
   TRAN-AMT    PRINCIPAL    INTEREST     ESCROW     AMOUNT/CD/DESCRIPTION
09-08-17 00-00  745   CORPORATE ADVANCE ADJUSTMENT
     900.00         0.00        0.00        0.00     900.00   MTGR REC CORP ADV BA
09-08-17 00-00  745   CORPORATE ADVANCE ADJUSTMENT
      15.00         0.00        0.00        0.00      15.00   MTGR REC CORP ADV BA
09-08-17 00-00  745   CORPORATE ADVANCE ADJUSTMENT
      15.00         0.00        0.00        0.00      15.00   MTGR REC CORP ADV BA
09-08-17 00-00  745   CORPORATE ADVANCE ADJUSTMENT
     200.00         0.00        0.00        0.00     200.00   MTGR REC CORP ADV BA
09-08-17 00-00  745   CORPORATE ADVANCE ADJUSTMENT
      15.00         0.00        0.00        0.00      15.00   MTGR REC CORP ADV BA
09-08-17 00-00  745   CORPORATE ADVANCE ADJUSTMENT
      25.00-        0.00        0.00        0.00      25.00-  MTGR REC CORP ADV BA
---* PF2 FOR ADDL MESSAGES *--------------------------------------------------
PROC-DT DUE-DT  TRAN  TRAN-DESCRIPTION                         TRAN-EFFECTIVE-DATE
   TRAN-AMT    PRINCIPAL    INTEREST     ESCROW     AMOUNT/CD/DESCRIPTION
09-08-17 00-00  745   CORPORATE ADVANCE ADJUSTMENT
                                     Page 3
```

```
                            LoanHistor             t
      15.00-        0.00         0.00                   00-   MTGR REC CORP ADV BA
09-08-17  00-00  745  CORPORATE ADVANCE ADJUSTMENT
      15.00        0.00         0.00        0.00     15.00    MTGR REC CORP ADV BA
09-08-17  00-00  745  CORPORATE ADVANCE ADJUSTMENT
      25.00        0.00         0.00        0.00     25.00    MTGR REC CORP ADV BA
09-07-17  03-17  145  ADJUSTMENT
       0.00        0.00         0.00        0.00    821.17    SUSPENSE
09-07-17  03-17  145  ADJUSTMENT
       0.00        0.00         0.00        0.00    682.43    ADVANCE REFUND
09-07-17  03-17  132  LATE CHARGE ADJUSTMENT
       0.00        0.00         0.00        0.00    250.16-1  LATE CHARGES
---* PF2 FOR ADDL MESSAGES *------------------------------------------------
PROC-DT  DUE-DT  TRAN  TRAN-DESCRIPTION                    TRAN-EFFECTIVE-DATE
   TRAN-AMT    PRINCIPAL   INTEREST     ESCROW    AMOUNT/CD/DESCRIPTION
09-07-17  03-17  142  LOAN SETUP
       0.00  257,643.12-     0.00        0.00
             257,643.12
```

---* PF2 FOR ADDL MESSAGES *------------------------------------------------