**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JEFFREY J. LIBECCO | Case No. 16-22460JAD |
| SHERRIE J. LIBECCO | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| BUTLER COUNTY TAX CLAIM BUREAU | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the creditor is not owed anything on a claim.  No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error, and acknowledges that it will accept future payments.

| | |
|---|---|
| BUTLER COUNTY TAX CLAIM BUREAU | Court claim# /Trustee CID# 4 |
| POB 1208* | |
| BUTLER, PA 16003-1208 | |

The Movant further certifies that on 07/17/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
JEFFREY J. LIBECCO, SHERRIE J. LIBECCO, 111 CAMERON SQUARE DRIVE, EVANS CITY, PA  16033

DEBTOR'S COUNSEL:
BRIAN C THOMPSON ESQ, THOMPSON LAW GROUP PC, 125 WARRENDALE-BAYNE ROAD, WARRENDALE, PA  15086

ORIGINAL CREDITOR:
BUTLER COUNTY TAX CLAIM BUREAU, POB 1208*, BUTLER, PA 16003-1208

NEW CREDITOR: