19-0864

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Jeffrey J. Libecco<br>Sherrie J. Libecco<br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No.  16-22460-JAD |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC in the above captioned matter.

POWERS KIRN, LLC

By:  **/s/ Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090