# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*RECEIVED*

### Conciliation Conference:

| | |
|---|---|
| Debtor: | JEFFREY J. & SHERRIE J. LIBECCO |
| Case Number: | 16-22460-JAD     Chapter: 13 |
| Date / Time / Room: | THURSDAY, DECEMBER 19, 2019 03:00 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

*2019 DEC 20  P 12: 37*
*CLERK*
*U.S. BANKRUPTCY COURT*
*PITTSBURGH*

### Matter:

#72 - Amended Plan Dated 11/14/2019 (FC)
   +Objections By: Pennymac Loan Services, LLC filed 11/21/2019 @ Doc. #75
R / M #:   72 / 0

### Appearances:

Debtor: Thompson
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor: Pavlovich for Pennymac

*Con't for Pennymac to calculate the new escrow payment based on deletion of real estate taxes.*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 2/27/20 at 10:30 Am
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/9/2019   3:33:43PM