# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

FILED 2020 FEB 28 AM 11:01
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

### Conciliation Conference:

- **Debtor:** JEFFREY J. & SHERRIE J. LIBECCO
- **Case Number:** 16-22460-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, FEBRUARY 27, 2020 10:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#72 - Continued Confirmation of Plan Dated 11/14/2019 (FC)
R / M #: 72 / 0

### Appearances:

- **Debtor:** Leman
- **Trustee:** Winnecour / Pail / Katz / (DeSimone)
- **Creditor:** Rishak : Pennymac.

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 5-21-20 at 2:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
     Objections are due on or before _____.
     A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

Continued for latest mortgage payment change

2/19/2020   4:09:00PM