**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 16-22460-JAD |
| | ) | |
| Jeffrey J. Libecco, | ) | Chapter 13 |
| Sherrie J. Libecco, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| ----------------------------------------- | ) | Related to Document No. 78, 79 |
| Thompson Law Group, P.C., | ) | |
| | ) | |
| Movant, | ) | **Hearing date and time:** |
| | ) | April 29, 2020 at 11:00 a.m. |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF THOMPSON
LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES AS COUNSEL FOR THE DEBTOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other

responsive pleading to the Application filed on March 31, 2020 at Document No. 78 have been

received. The undersigned further certifies that the Court's docket in this case has been reviewed and

no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the

Notice of Hearing and Response Deadline at Document No. 79 Objections were to be filed and served

no later than April 17, 2020

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to

Application recorded at Document No. 78 be entered by the Court.

Date: <u>April 20, 2020</u>

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com