Form 149

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jeffrey J. Libecco**
**Sherrie J. Libecco**
   Debtor(s)

Bankruptcy Case No.: 16–22460–JAD
Issued per 5/21/2020 Proceeding
Chapter: 13
Docket No.: 85 – 72, 77
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)  PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 11/14/2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $3,789 as of June 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.     shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Connoquenessing Boro [Claim #21]; PennyMac Loan Services [Claim #26] with payment changes implemented .

☒ H.    Additional Terms: Fee application needed if any fee (including retainer) exceeds $4000 including any fees paid to prior counsel.

    The secured claim of the following creditor shall govern as to claim amount, to be paid at the modified plan terms: Toyota Motor Credit [Claim #14] retroactive to month 1 with payments determined by Trustee.

*(2.)* **IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:**

**A.     Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.     Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.     Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.     Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.     Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: May 27, 2020

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-22460-JAD
Jeffrey J. Libecco                                                    Chapter 13
Sherrie J. Libecco
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: skoz                  Page 1 of 3              Date Rcvd: May 27, 2020
                               Form ID: 149                Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2020.
```
db/jdb        +Jeffrey J. Libecco,    Sherrie J. Libecco,    111 Cameron Square Drive,
                Evans City, PA 16033-4725
cr            +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Attention:  Barbara Rodgers,
                Pittsburgh, PA 15212-5860
14276890      +ACE CASH EXPRESS,    WILLIAMSON AND BROWN,LLC,    4691 CLIFTON PKWY,    HAMBURG, NY 14075-3201
14254377      +Armstrong,    437 North Main Street,    Butler, PA 16001-4358
14257621       Berkheimer Assoc-Agt Seneca ValleySD-CranberryTwp,    c/o David R. Gordon, Esq.,
                1883 Jory Road,   Pen Argyl, PA 18072
14254378      +Berkheimer Tax Administrator,    PO Box 25153,    Lehigh Valley, PA 18002-5153
14260282      +Butler County Tax Claim Bureau,    County Government Center,    124 West Diamon Street, 1st Floor,
                Butler PA 16001-5780
14254384     ++CREDIT PROTECTION ASSOCIATION LP,    PARKWAY CENTER V,    2500 DALLAS PARKWAY SUTIE 500,
                PLANO TX 75093-4805
              (address filed with court: Credit Protection Association,     13355 Noel Rd.,   Ste. 2100,
                Dallas, TX 75240)
14304396       Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14254383      +Connoquenessing Borough,    PO Box 471,    Connoquenessing, PA 16027-0471
14254385      +First Premier,    3820 N. Louise Ave.,    Sioux Falls, SD 57107-0145
14254386      +First Premier Bank,    PO Box 5529,    Sioux Falls, SD 57117-5529
14325275      +Franklin American Mortgage Company,    Cenlar FSB,    425 Phillips BLVD,    Ewing, NJ 08618-1430
14695772       PENNYMAC LOAN SERVICES, LLC,    ATTN: CORRESPONDENCE UNIT,    P.O. BOX 514387,
                LOS ANGELES, CA 90051-4387
14254392      +Pennsylvania American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
15148947      +PennyMac Loan Services, LLC,    c/o Jill Manuel-Coughlin, Esquire,
                8 Neshaminy Interplex Drive, Suite 215,    Trevose, PA 19053-6980
14254393      +Peoples Gas,    PO Box 747105,    Pittsburgh, PA 15274-7105
14322861      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                Pittsburgh, PA 15233-1828
14324935      +Porania, LLC,    P.O. Box 12213,    Scottsdale, AZ 85267-2213
14254394       SYNCB/Wal-Mart,    PO Box 9530353,    Atlanta, GA 30353
14254396      +Target Card Services,    PO Box 660170,    Dallas, TX 75266-0170
14254397      +Toyota Financial Services,    PO Box 4102,    Carol Stream, IL 60197-4102
14284075       Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2020 08:39:52
                PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: rmscedi@recoverycorp.com May 28 2020 04:36:12
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL  33131-1605
14263235        E-mail/Text: ally@ebn.phinsolutions.com May 28 2020 04:31:14      Ally Financial,
                PO Box 130424,   Roseville MN 55113-0004
14254376       +E-mail/Text: ally@ebn.phinsolutions.com May 28 2020 04:31:14      Ally Financial,
                PO Box 380902,   Minneapolis, MN 55438-0902
14268698       +E-mail/Text: csc.bankruptcy@amwater.com May 28 2020 04:34:04      American Water,    PO Box 578,
                Alton, IL 62002-0578
14254379        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 28 2020 04:37:05      Capital One,
                PO Box 71083,   Charlotte, NC 28272-1083
14259781        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 28 2020 04:37:05
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14254380       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 28 2020 04:32:38      Comenity Bank/FLLBTY,
                PO Box 659728,   San Antonio, TX 78265-9728
14254381       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 28 2020 04:32:38      Comenity Bank/Zales,
                PO Box 659819,   San Antonio, TX 78265-9119
14254382       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 28 2020 04:32:38      Comenity Capital Bank,
                PO Box 183003,   Columbus, OH 43218-3003
14254387        E-mail/Text: ccassalia@franklinamerican.com May 28 2020 04:34:01
                Franklin American Mortgage Company,    501 Corporate Center Drive,    Suite 400,
                Franklin, TN 37067
14254388       +E-mail/Text: bnc-bluestem@quantum3group.com May 28 2020 04:33:45      Gettington,
                6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
14254389       +E-mail/Text: bankruptcy@sccompanies.com May 28 2020 04:34:10      Ginny’s,    1112 7th Avenue,
                Monroe, WI 53566-1364
14280429       +E-mail/Text: bankruptcy@sccompanies.com May 28 2020 04:34:10      Ginny’s,
                c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14254390       +E-mail/Text: bncnotices@becket-lee.com May 28 2020 04:32:19      Kohls/Capital One,
                PO Box 3115,   Milwaukee, WI 53201-3115
14307722        E-mail/PDF: resurgentbknotifications@resurgent.com May 28 2020 04:35:31
                LVNV Funding, LLC its successors and assigns as,    assignee of Santander Consumer USA,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14305196       +E-mail/Text: bankruptcydpt@mcmcg.com May 28 2020 04:33:12      MIDLAND FUNDING LLC,
                PO Box 2011,   Warren, MI 48090-2011
```

```
District/off: 0315-2              User: skoz                  Page 2 of 3                   Date Rcvd: May 27, 2020
                                  Form ID: 149                Total Noticed: 51


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14706716          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 28 2020 08:39:52
                   Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
14254391         +E-mail/Text: bankruptcy@firstenergycorp.com May 28 2020 04:33:20       Penn Power,
                   5001 NASA Blvd,    Fairmont, PA 26554-8248
14301292         +E-mail/Text: JCAP_BNC_Notices@jcap.com May 28 2020 04:33:32       Premier Bankcard, Llc,
                   c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
14273319          E-mail/Text: bnc-quantum@quantum3group.com May 28 2020 04:32:48
                   Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA   98083-0788
14265082          E-mail/Text: bnc-quantum@quantum3group.com May 28 2020 04:32:48
                   Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                   Kirkland, WA   98083-0788
14269080          E-mail/Text: bnc-quantum@quantum3group.com May 28 2020 04:32:48
                   Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                   Kirkland, WA   98083-0788
14257493          E-mail/PDF: rmscedi@recoverycorp.com May 28 2020 04:36:11
                   Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
14282058         +E-mail/Text: bankruptcy@sccompanies.com May 28 2020 04:34:10       Seventh Avenue,
                   c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14254395         +E-mail/PDF: gecsedi@recoverycorp.com May 28 2020 04:36:52       Syncb/WalMart,    PO Box 530927,
                   Atlanta, GA 30353-0927
14296440         +E-mail/Text: bncmail@w-legal.com May 28 2020 04:33:28       TD BANK USA, N.A.,
                   C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14254398         +E-mail/Text: bnc-bluestem@quantum3group.com May 28 2020 04:33:45       Webbank/Fingerhut,
                   6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ally Financial
cr              Franklin American Mortgage Company
cr              PENNYMAC LOAN SERVICES, LLC
cr              Pennymac Loan Services, LLC
14306055*       +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
14260281       ##+Northwest Consumer Discount Company,     PO Box 789,    Butler PA 16003-0789
                                                                                   TOTALS: 4, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2020 at the address(es) listed below:
          Brett A. Solomon    on behalf of Defendant    Ally Financial bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com
          Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com
          Brian C. Thompson    on behalf of Debtor Jeffrey J. Libecco bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
          Brian C. Thompson    on behalf of Plaintiff Jeffrey J. Libecco bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
```

```
District/off: 0315-2           User: skoz                 Page 3 of 3                Date Rcvd: May 27, 2020
                               Form ID: 149               Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Brian C. Thompson    on behalf of Plaintiff Sherrie J. Libecco bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

        Brian C. Thompson    on behalf of Joint Debtor Sherrie J. Libecco bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com

        Harry B. Reese    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bankruptcy@powerskirn.com

        James Warmbrodt    on behalf of Creditor    Franklin American Mortgage Company bkgroup@kmllawgroup.com

        James A. Prostko    on behalf of Creditor    Pennymac Loan Services, LLC pawb@fedphe.com

        Jerome B. Blank    on behalf of Creditor    Pennymac Loan Services, LLC pawb@fedphe.com

        Jill Manuel-Coughlin    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bankruptcy@powerskirn.com

        Joseph A. Dessoye    on behalf of Creditor    Pennymac Loan Services, LLC pawb@fedphe.com

        Joshua I. Goldman    on behalf of Creditor    Franklin American Mortgage Company jgoldman@kmllawgroup.com

        Matthew John McClelland    on behalf of Creditor    Franklin American Mortgage Company bkgroup@kmllawgroup.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

        Sarah Kathleen McCaffery    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC sarah.mccaffery@powerskirn.com

        Thomas Song    on behalf of Creditor    Pennymac Loan Services, LLC pawb@fedphe.com

                                                                                                                                 TOTAL: 19