**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/14/2021

IN RE:

JEFFREY J. LIBECCO
SHERRIE J. LIBECCO
111 CAMERON SQUARE DRIVE
EVANS CITY,  PA  16033
XXX-XX-0181          Debtor(s)

XXX-XX-6207

Case No.16-22460 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/14/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | INT % | CRED DESC / Account | Claim / Comment |
|---|---|---|---|---|
| **MIDLAND FUNDING LLC** C/O MIDLAND CREDIT MANAGEMENT INC - AGE PO BOX 2011 WARREN, MI 48090 | Trustee Claim Number: 1 Court Claim Number: 18 | 0.00% | UNSECURED CREDITOR ACCOUNT NO.: 8348 | CLAIM: 1,261.10 COMMENT: 4467/SCH*SYNCHRONY/WALMART |
| **JOSHUA I GOLDMAN ESQ** KML LAW GROUP PC 701 MARKET ST STE 5000 PHILADELPHIA, PA 19106 | Trustee Claim Number: 2 Court Claim Number: | 0.00% | NOTICE ONLY ACCOUNT NO.: | CLAIM: 0.00 COMMENT: CENLAR/PRAE |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** PO BOX 12914 NORFOLK, VA 23541 | Trustee Claim Number: 3 Court Claim Number: 4 | 5.75% | VEHICLE ACCOUNT NO.: 6218 | CLAIM: 20,423.50 COMMENT: $-5.75%/STIP OE-PL*CL=25475*W/31*FR ALLY FNCL-DOC 55*DK |
| **BUTLER COUNTY TAX CLAIM BUREAU** POB 1208* BUTLER, PA 16003-1208 | Trustee Claim Number: 4 Court Claim Number: | 0.00% | SECURED CREDITOR ACCOUNT NO.: 0181 | CLAIM: 0.00 COMMENT: PIF/CONF*$0~2015/PL*PIF/CR THRU 18 |
| **PENNYMAC LOAN SERVICES LLC** PO BOX 30597 LOS ANGELES, CA 90030-0597 | Trustee Claim Number: 5 Court Claim Number: 26 | 0.00% | MORTGAGE REGULAR PAYMEN ACCOUNT NO.: 2514 | CLAIM: 0.00 COMMENT: PMT/DCLAR-PL*DKT4PMT-LMT*BGN 8/16*FR FRANKLIN AMERICAN-DOC 52 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)** POB 9490** CEDAR RAPIDS, IA 52409-9490 | Trustee Claim Number: 6 Court Claim Number: 14 | 4.00% | VEHICLE ACCOUNT NO.: 4033 | CLAIM: 30,832.68 COMMENT: $/CL-PL@4%/PL@TOYOTA FNCL |
| **BERKHEIMER TAX ADMINISTRATOR**\*\* HAB DLT LEGAL PO BOX 20662 LEHIGH VALLEY, PA 18002-0662 | Trustee Claim Number: 7 Court Claim Number: | 0.00% | PRIORITY CREDITOR ACCOUNT NO.: 6207 | CLAIM: 0.00 COMMENT: 15 EIT*SD, BORO/SCH?*CL@CID 33 |
| **ARMSTRONG** 437 N MAIN ST BUTLER, PA 16001 | Trustee Claim Number: 8 Court Claim Number: | 0.00% | UNSECURED CREDITOR ACCOUNT NO.: 9801 | CLAIM: 0.00 COMMENT: |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** PO BOX 71083 CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 9 Court Claim Number: 10 | 0.00% | UNSECURED CREDITOR ACCOUNT NO.: 6478 | CLAIM: 4,851.16 COMMENT: 0181/SCH*HSBC |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** PO BOX 71083 CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 10 Court Claim Number: 2 | 0.00% | UNSECURED CREDITOR ACCOUNT NO.: 2031 | CLAIM: 3,472.34 COMMENT: 0181/SCH |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM:  2,262.48<br>COMMENT:  0181/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2985 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM:  693.32<br>COMMENT:  ONESTOPPLUS.COM(PRIVATE LABEL) | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 5257 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM:  830.70<br>COMMENT:  0181/SCH*ZALES*ACCT OPEN 3/6/15 | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2421 |
| **COMENITY CAPITAL BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2421 |
| **CONNOQUENESSING BOROUGH (WAT/SWG)**<br>C/O LUTZ & PAWK<br>101 EAST DIAMOND ST STE 102<br>BUTLER, PA  16001 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:21<br>CLAIM:  262.45<br>COMMENT:  CL21GOV/CONF*$/CL-PL@9%/PL*UNS/SCH*NO POD | | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 0315 |
| **CREDIT PROTECTION ASSOC++**<br>13355 NOEL RD<br>21ST FLOOR<br>DALLAS, TX  75240 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0181 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:16<br>CLAIM:  423.62<br>COMMENT:  0181/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8739 |
| **FIRST PREMIER BANK**<br>PO BOX 5519<br>SIOUX FALLS, SD  57117-5519 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0181 |
| **FIRST PREMIER BANK**<br>PO BOX 5519<br>SIOUX FALLS, SD  57117-5519 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3563 |
| **GETTINGTON (ISSUED BY WEBBANK)**<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN  56303 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0181 |

| Creditor | Claim Info | Details |
|---|---|---|
| **GINNYS**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX  75380 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  1,314.89<br>COMMENT:  X7460 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0630 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA  19355-0701 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:17<br>CLAIM:  2,028.47<br>COMMENT:  0181/SCH*KOHL'S | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3779 |
| **NORTHWEST BANK S/B/M NORTHWEST CDC\*\***<br>PO BOX 337<br>100 LIBERTY ST<br>WARREN, PA  16365 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  12,600.23<br>COMMENT:  1336/SCH*NO POD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4133 |
| **PENN POWER\*\***<br>POB 16001<br>READING, PA  19612-6001 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:23<br>CLAIM:  673.60<br>COMMENT:  NO POD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2433 |
| **PA AMERICAN WATER(*) AKA AMERICAN WATER**<br>PO BOX 371412<br>PITTSBURGH, PA  15250 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  181.13<br>COMMENT:  0665/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9756 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:22<br>CLAIM:  231.01<br>COMMENT:  8729/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2084 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:19<br>CLAIM:  1,405.04<br>COMMENT:  8348/SCH*SYNCHRONY/WAL MART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4467 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:15<br>CLAIM:  537.91<br>COMMENT:  0181/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7490 |
| **QUANTUM3 GROUP LLC AGNT - SADINO FUNDING**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:8<br>CLAIM:  1,072.56<br>COMMENT:  0181/SCH*FINGHERUT/FRESHSTART/BLUESTEM/SCUSA | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2942 |
| **SENECA VALLEY SD & CRANBERRY TWP (EIT)\*\***<br>C/O BERKHEIMER TAX ADMIN – DLNQ CLCTR<br>HAB DLT LEGAL<br>PO BOX 20662<br>LEHIGH VALLEY, PA  18002-0662 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:1<br>CLAIM:  656.91<br>COMMENT:  6207;13 4TH QTR*$/PL-CL*SCH@CID 7 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  6207 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6218 | CLAIM: 6,729.06<br>COMMENT: TTL UNSEC AFTER STIP OE*W/3*NO GEN UNS/SCH*CL=1677.56*FR ALLY-DOC 55 |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br>PITTSBURGH, PA 15219 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number: | CRED DESC: FILING FEES<br>ACCOUNT NO.: 16-22460-JAD | CLAIM: 310.00<br>COMMENT: FILING FEES/PL |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 30597<br>LOS ANGELES, CA 90030-0597 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:26 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2514 | CLAIM: 6,295.01<br>COMMENT: $/CL-PL*THRU 7/16*FR FRANKLIN AMERICAN-DOC 52 |
| **ACE CASH EXPRESS**<br>C/O WILLIAMSON AND BROWN LLC<br>4691 CLIFTON PKWY<br>HAMBURG, NY 14075 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:11 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9564 | CLAIM: 410.00<br>COMMENT: 19874819564*NT/SCH*INSUFF POD |
| **SEVENTH AVENUE**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:13 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0570 | CLAIM: 996.35<br>COMMENT: NT/SCH |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:20 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5159 | CLAIM: 1,155.82<br>COMMENT: NT/SCH*SANTANDER/GETTINGTON/WEBBANK |
| **PORANIA LLC**<br>C/Y TYTECA LLC<br>711 EXECUTIVE BLVD STE H<br>VALLEY COTTAGE, NY 10989-2006 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:24 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6611 | CLAIM: 680.00<br>COMMENT: NT/SCH*GLOBAL PROCESSING SOLUTIONS/CMG*STALE |
| **PORANIA LLC**<br>C/Y TYTECA LLC<br>711 EXECUTIVE BLVD STE H<br>VALLEY COTTAGE, NY 10989-2006 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:25 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4109 | CLAIM: 410.00<br>COMMENT: NT/SCH*PAYDAY-LOAN-YES*STALE |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 30597<br>LOS ANGELES, CA 90030-0597 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:26 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 2514 | CLAIM: 450.00<br>COMMENT: 550 DSALLWD/OE*1100/NTC POSTPET FEES/EXP*REF CL*W/33*FR FRANKLIN AME |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: PENNYMAC/PRAE |

| CLAIM RECORDS | | |
|---|---|---|
| **POWERS KIRN LLC** | Trustee Claim Number: 41  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 8 NESHAMINY INTERPLEX STE 215 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| TREVOSE, PA  19053 | COMMENT: PENNYMAC/PRAE | |