# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Sherrie J. Libecco, and | ) | Bankruptcy No. 16-22460-JAD |
| Jeffery J. Libecco, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | |
| Pennymac Loan Services LLC. | ) | |
| | ) | |
| Movant, | ) | Document No. |
| v. | ) | |
| | ) | Related to Document No. |
| Sherrie J. Libecco, and | ) | |
| Jeffery J. Libecco, | ) | Rel Claim# 26 |
| | ) | |
| Respondents. | ) | |

## DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING

After reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the confirmed plan is sufficient to fund the plan even with the proposed payment changes for February 22, 2022.

Dated: March 15, 2022         /s/Brian C. Thompson, Esquire
                              Brian C. Thompson
                              PA ID: 91197
                              Thompson Law Group, P.C.
                              125 Warrendale-Bayne Rd., Suite 200
                              Warrendale, PA 15086
                              (724) 799-8404 Telephone
                              (724) 799-8409 Facsimile
                              bthompson@thompsonattorney.com