## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>All Cases Where Sarah K. McCaffery, Esquire is Listed As Counsel<br><br>Sarah K. McCaffery, Esquire and<br>Jill Manuel-Coughlin, Esquire<br>                           Movants<br>vs.<br><br>ALL DEBTORS IDENTIFIED IN THE ATTACHED EXHIBIT A<br>                  Respondents | Miscellaneous No. 22-207-CMB<br><br>All Chapters<br><br>Related to: Document No. 2 |

### ORDER

AND NOW, this 21st day of March, 2022, Movants having filed an Omnibus Motion to Withdraw and Substitute ("Omnibus Motion") and the Court finding that the Omnibus Motion is appropriate considering the large number of cases involved, which would make individual motions impractical, it is therefore **ORDERED, ADJUDGED and DECREED** that,

The Omnibus Motion is **GRANTED**, Sarah K. McCaffery, Esq. is granted leave to withdraw as Counsel of record in all of the cases in Bankruptcy Court for the Western District of Pennsylvania as set forth in the Exhibit attached to the Omnibus Motion, and Jill Manuel-Coughlin, Esq. is appointed as new Counsel of record in all those cases to the extent any Notice of Appearance has not already been filed in that specific case. The Clerk shall terminate the corresponding CM/ECF attorney record for Sarah K. McCaffery, Esq. in all of the cases set forth in the Exhibit attached to the Omnibus Motion.

BY THE COURT:

*Carlota M. Böhm* glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
3/21/22 1:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA