## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 16-22460-JAD |
| | ) | |
| Jeffrey J. Libecco, | ) | Chapter 13 |
| Sherrie J. Libecco, | ) | |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| ----------------------------------------- | ) | Related to Document No. |
| Thompson Law Group, P.C., | ) | |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| | ) | January 18, 2023, at 11:00 A.M. |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES
IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.**

To All Creditors and Parties in Interest:

1.  Applicant represents Jeffrey J. Libecco and Sherrie J. Libecco.

2.  This is an interim application for the period March 30, 2020 through December 6, 2022.

3.  Previous retainer paid to Applicant: $500.00.

4.  Previous interim compensation allowed to Applicant: $8,215.56

5.  Applicant requests additional:
    Compensation of $2,575.00
    Reimbursement of Expenses of $22.85

6.  A Zoom Video Conference Hearing will be held on <u>January 18, 2023, at 11:00 A.M.</u> before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021*, which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller. Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.
.

7.  Any written objections must be filed with the court and served on Applicant on or before

December 23, 2022, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: <u>March 31, 2020</u>     <u>/s/Brian C. Thompson</u>
   Brian C. Thompson, Esquire
   PA ID No. 91197
   THOMPSON LAW GROUP, P.C.
   125 Warrendale Bayne Road, Suite 200
   Warrendale, PA 15086
   (724) 799-8404
   bthompson@thompsonattorney.com