# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 16-22460-JAD |
| | ) | |
| Jeffrey J. Libecco, | ) | Chapter 13 |
| Sherrie J. Libecco, | ) | |
| | ) | |
| Debtors. | ) | Document No. 105 |
| | ) | |
| ------------------------------------ | ) | Related to Document No. 101, 102 |
| Thompson Law Group, P.C., | ) | |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| | ) | January 18, 2023, at 11:00 A.M. |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on December 6, 2022 at Document No. 101 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 102, Objections were to be filed and served no later than December 23, 2022.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 101 be entered by the Court.

Date: December 27, 2022

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com