# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Jeffrey J. Libecco, and ) | Bankruptcy No. 16-22460-JAD |
|    Sherrie J. Libecco, ) | |
| ) | |
|    <u>     Debtors.     </u> ) | Chapter 13 |
| ) | |
| Jeffrey J. Libecco, and ) | |
| Sherrie J. Libecco, ) | |
| ) | |
|      Movants, ) | Document No. 111 |
| v. ) | |
| ) | Related to Document No. |
| PennyMac Loan Services, LLC, ) | |
| ) | |
|      Respondent. ) | |

## **<u>DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING</u>**

Pursuant with the Notice of Mortgage Payment Change filed on February 16, 2023, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the existing payment is sufficient to fund the Plan even with the proposed change for April 1, 2023.

The new post-petition monthly payment payable to Respondent is $1,321.28, effective April 1, 2023, per the notice dated February 16, 2023. The Debtor's Plan is completed and Debtor has resumed paying continued long-term debt.

Respectfully Submitted,

Date: <u>February 23, 2023</u>

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com