## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| Jeffrey J. Libecco, and | ) | Bankruptcy No. 16-22460-JAD |
| Sherrie J. Libecco, | ) | |
| | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | |
| Jeffrey J. Libecco, and | ) | |
| Sherrie J. Libecco, | ) | |
| | ) | |
| Movants, | ) | Document No. 112 |
| v. | ) | |
| | ) | Related to Document No. 111 |
| PennyMac Loan Services, LLC, | ) | |
| | ) | |
| Respondent. | ) | |

### CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the forgoing Declaration of Sufficient Plan Funding on the following parties at the addresses listed below on February 23, 2023, via electronic mail and/or first class mail postage prepaid:

PENNYMAC LOAN SERVICES, LLC
ATTN: CORRESPONDENCE UNIT
P.O. BOX 514387
LOS ANGELES, CA 90051-4387

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: February 23, 2023

By: /s/Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Rd., Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com