UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  JEFFREY J. LIBECCO<br>SHERRIE J. LIBECCO<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>     Movant<br>       vs.<br>  JEFFREY J. LIBECCO<br>SHERRIE J. LIBECCO<br><br>        Respondents | Case No.16-22460JAD<br><br>Chapter 13<br><br> Related to<br>Document No.____109____ |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___21st___ day of _February_, 2023, it is hereby ORDERED, ADJUDGED, and DECREED that,

Us Postal Svc-Authorized Agent
Acctg Svc Ctr - Idu*
2825 Lone Oak Pkwy
Eagan,MN 55121

is hereby ordered to immediately terminate the attachment of the wages of JEFFREY J. LIBECCO, social security number XXX-XX-0181.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JEFFREY J. LIBECCO.

BY THE COURT:

_____sjk_____
UNITED STATES BANKRUPTCY JUDGE

Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney

FILED
2/21/23 8:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-22460-JAD |
| Jeffrey J. Libecco | Chapter 13 |
| Sherrie J. Libecco | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jeffrey J. Libecco, Sherrie J. Libecco, 111 Cameron Square Drive, Evans City, PA 16033-4725 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brett A. Solomon | on behalf of Defendant Ally Financial brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Franklin American Mortgage Company bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Jeffrey J. Libecco bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Plaintiff Jeffrey J. Libecco bthompson@ThompsonAttorney.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
on behalf of Plaintiff Sherrie J. Libecco bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
on behalf of Joint Debtor Sherrie J. Libecco bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Harry B. Reese
on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com

James A. Prostko
on behalf of Creditor Pennymac Loan Services LLC jprostko@c-vlaw.com, jamesprostko@gmail.com

Jerome B. Blank
on behalf of Creditor Pennymac Loan Services LLC jblank@pincuslaw.com

Jill Manuel-Coughlin
on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com

Joseph A. Dessoye
on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com

Joshua I. Goldman
on behalf of Creditor Franklin American Mortgage Company jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com

Matthew John McClelland
on behalf of Creditor Franklin American Mortgage Company mjmcclelland@rothmangordon.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Sarah Kathleen McCaffery
on behalf of Creditor Pennymac Loan Services LLC ckohn@hoflawgroup.com

Thomas Song
on behalf of Creditor Pennymac Loan Services LLC pawb@fedphe.com

TOTAL: 19