**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JEFFREY J. LIBECCO<br>SHERRIE J. LIBECCO<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>    vs.<br>No Respondents. | Case No.:16-22460 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

 1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

 2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

 3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

 4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


February 23, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/01/2016 and confirmed on 10/3/16 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 202,927.94 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 202,927.94 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 10,313.41 | |
|   Trustee Fee | 8,954.09 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 19,267.50 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 116,457.48 | 0.00 | 116,457.48 |
|     Acct: 2514 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 6,295.01 | 6,295.01 | 0.00 | 6,295.01 |
|     Acct: 2514 | | | | |
|   BUTLER COUNTY TAX CLAIM BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0181 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - / | 20,423.50 | 20,423.50 | 3,620.60 | 24,044.10 |
|     Acct: 6218 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 30,832.68 | 30,832.68 | 3,550.02 | 34,382.70 |
|     Acct: 4033 | | | | |
| | | | | 181,179.29 |
| **Priority** | | | | |
|   BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY J. LIBECCO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMPSON LAW GROUP PC | 4,215.56 | 4,215.56 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX1/20 | | | | |
|   THOMPSON LAW GROUP PC | 2,597.85 | 2,597.85 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXX6/22 | | | | |
|   BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6207 | | | | |
|   CONNOQUENESSING BOROUGH (WAT/S\ | 262.45 | 262.45 | 0.00 | 262.45 |
|     Acct: 0315 | | | | |
|   SENECA VALLEY SD & CRANBERRY TWP | 656.91 | 656.91 | 0.00 | 656.91 |
|     Acct: 6207 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 550.00 | 550.00 | 0.00 | 550.00 |
|     Acct: 2514 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXXX-JAD | | | | |
| | | | | 1,779.36 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | MIDLAND FUNDING LLC | 1,261.10 | 20.01 | 0.00 | 20.01 |
| | Acct: 8348 | | | | |
| | ARMSTRONG | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9801 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 4,851.16 | 76.99 | 0.00 | 76.99 |
| | Acct: 6478 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 3,472.34 | 55.11 | 0.00 | 55.11 |
| | Acct: 2031 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 2,262.48 | 35.91 | 0.00 | 35.91 |
| | Acct: 2985 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 693.32 | 11.00 | 0.00 | 11.00 |
| | Acct: 5257 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMEN | 830.70 | 13.18 | 0.00 | 13.18 |
| | Acct: 2421 | | | | |
| | COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2421 | | | | |
| | CREDIT PROTECTION ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0181 | | | | |
| | PREMIER BANKCARD LLC; JEFFERSON C | 423.62 | 6.72 | 0.00 | 6.72 |
| | Acct: 8739 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0181 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3563 | | | | |
| | GETTINGTON (ISSUED BY WEBBANK) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0181 | | | | |
| | GINNYS | 1,314.89 | 20.87 | 0.00 | 20.87 |
| | Acct: 0630 | | | | |
| | CAPITAL ONE NA** | 2,028.47 | 32.19 | 0.00 | 32.19 |
| | Acct: 3779 | | | | |
| | NORTHWEST BANK S/B/M NORTHWEST ( | 12,600.23 | 199.97 | 0.00 | 199.97 |
| | Acct: 4133 | | | | |
| | PENN POWER* | 673.60 | 10.69 | 0.00 | 10.69 |
| | Acct: 2433 | | | | |
| | PA AMERICAN WATER(*) AKA AMERICAN V | 181.13 | 2.87 | 0.00 | 2.87 |
| | Acct: 9756 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 231.01 | 3.67 | 0.00 | 3.67 |
| | Acct: 2084 | | | | |
| | MIDLAND FUNDING LLC | 1,405.04 | 22.30 | 0.00 | 22.30 |
| | Acct: 4467 | | | | |
| | TD BANK USA NA** | 537.91 | 8.54 | 0.00 | 8.54 |
| | Acct: 7490 | | | | |
| | QUANTUM3 GROUP LLC AGNT - SADINO I | 1,072.56 | 17.02 | 0.00 | 17.02 |
| | Acct: 2942 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - / | 6,729.06 | 106.79 | 0.00 | 106.79 |
| | Acct: 6218 | | | | |
| | ACE CASH EXPRESS | 410.00 | 6.51 | 0.00 | 6.51 |
| | Acct: 9564 | | | | |
| | SEVENTH AVENUE | 996.35 | 15.81 | 0.00 | 15.81 |
| | Acct: 0570 | | | | |
| | LVNV FUNDING LLC | 1,155.82 | 18.34 | 0.00 | 18.34 |
| | Acct: 5159 | | | | |
| | PORANIA LLC | 680.00 | 10.79 | 0.00 | 10.79 |
| | Acct: 6611 | | | | |
| | PORANIA LLC | 410.00 | 6.51 | 0.00 | 6.51 |
| | Acct: 4109 | | | | |
| | JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| 16-22460 JAD | | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|    POWERS KIRN LLC | | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: | | | | | |
| | | | | | 701.79 |
| | | | | | |
| TOTAL PAID TO CREDITORS | | | | | 183,660.44 |
|    TOTAL CLAIMED | | | | | |
|    PRIORITY | 1,779.36 | | | | |
|    SECURED | 57,551.19 | | | | |
|    UNSECURED | 44,220.79 | | | | |

Date: 02/23/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JEFFREY J. LIBECCO
SHERRIE J. LIBECCO
     Debtor(s)

Ronda J. Winnecour
     Movant
  vs.
No Repondents.

Case No.:16-22460 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 16-22460-JAD
Jeffrey J. Libecco     Chapter 13
Sherrie J. Libecco
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Feb 24, 2023     Form ID: pdf900     Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey J. Libecco, Sherrie J. Libecco, 111 Cameron Square Drive, Evans City, PA 16033-4725 |
| cr | + | Peoples Natural Gas Company LLC, 225 North Shore Drive, Attention: Barbara Rodgers, Pittsburgh, PA 15212-5861 |
| 14276890 | + | ACE CASH EXPRESS, WILLIAMSON AND BROWN,LLC, 4691 CLIFTON PKWY, HAMBURG, NY 14075-3201 |
| 14254377 | + | Armstrong, 437 North Main Street, Butler, PA 16001-4358 |
| 14257621 | + | Berkheimer Assoc-Agt Seneca ValleySD-CranberryTwp, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14254378 | + | Berkheimer Tax Administrator, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14260282 | + | Butler County Tax Claim Bureau, County Government Center, 124 West Diamon Street, 1st Floor, Butler PA 16001-5780 |
| 14254384 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Association, 13355 Noel Rd., Ste. 2100, Dallas, TX 75240 |
| 14254383 | + | Connoquenessing Borough, PO Box 471, Connoquenessing, PA 16027-0471 |
| 14325275 | + | Franklin American Mortgage Company, Cenlar FSB, 425 Phillips BLVD, Ewing, NJ 08618-1430 |
| 14260281 | + | Northwest Consumer Discount Company, PO Box 789, Butler PA 16003-0789 |
| 14254392 | + | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15148947 | + | PennyMac Loan Services, LLC, c/o Jill Manuel-Coughlin, Esquire, 8 Neshaminy Interplex Drive, Suite 215, Trevose, PA 19053-6980 |
| 14254393 | + | Peoples Gas, PO Box 747105, Pittsburgh, PA 15274-7105 |
| 14324935 | + | Porania, LLC, P.O. Box 12213, Scottsdale, AZ 85267-2213 |
| 14254394 | | SYNCB/Wal-Mart, PO Box 9530927, Atlanta, GA 30353 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2023 00:20:17 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Feb 25 2023 00:20:17 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14263235 | | Email/Text: ally@ebn.phinsolutions.com | Feb 25 2023 00:17:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14254376 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 25 2023 00:17:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14268698 | + | Email/Text: csc.bankruptcy@amwater.com | Feb 25 2023 00:19:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 14254379 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:19 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14259781 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 25 2023 00:20:44 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14304396 | | Email/PDF: bncnotices@becket-lee.com | Feb 25 2023 00:51:39 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14254380 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2023 00:18:00 | Comenity Bank/FLLBTY, PO Box 659728, San |

Case 16-22460-JAD   Doc 117   Filed 02/26/23   Entered 02/27/23 00:30:43   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 52 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14254381 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2023 00:18:00 | Comenity Bank/Zales, PO Box 659819, San Antonio, TX 78265-9119 |
| 14254382 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 25 2023 00:18:00 | Comenity Capital Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 14254387 | | Email/Text: mortgagebksupport@citizensbank.com | Feb 25 2023 00:19:00 | Franklin American Mortgage Company, 501 Corporate Center Drive, Suite 400, Franklin, TN 37067 |
| 14254385 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 25 2023 00:20:40 | First Premier, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 14254386 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 25 2023 00:20:16 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 14254388 | + | Email/Text: bnc-bluestem@quantum3group.com | Feb 25 2023 00:19:00 | Gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14280429 | + | Email/Text: bankruptcy@sccompanies.com | Feb 25 2023 00:19:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14254389 | + | Email/Text: bankruptcy@sccompanies.com | Feb 25 2023 00:19:00 | Ginny's, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14254390 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 25 2023 00:17:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14307722 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2023 00:20:19 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14305196 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 25 2023 00:18:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14695772 | | Email/PDF: ebnotices@pnmac.com | Feb 25 2023 00:20:26 | PENNYMAC LOAN SERVICES, LLC, ATTN: CORRESPONDENCE UNIT, P.O. BOX 514387, LOS ANGELES, CA 90051-4387 |
| 14706716 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 25 2023 00:20:27 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14254391 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 25 2023 00:18:00 | Penn Power, 5001 NASA Blvd, Fairmont, PA 26554-8248 |
| 14322861 | | Email/Text: ebnpeoples@grblaw.com | Feb 25 2023 00:18:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14301292 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2023 00:19:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14269080 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14273319 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14265082 | | Email/Text: bnc-quantum@quantum3group.com | Feb 25 2023 00:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14257493 | | Email/PDF: rmscedi@recoverycorp.com | Feb 25 2023 00:20:28 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14282058 | + | Email/Text: bankruptcy@sccompanies.com | Feb 25 2023 00:19:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14254395 | | Email/PDF: gecsedi@recoverycorp.com | Feb 25 2023 00:20:36 | Syncb/WalMart, PO Box 530927, Atlanta, GA 30353-0927 |

Case 16-22460-JAD  Doc 117  Filed 02/26/23  Entered 02/27/23 00:30:43  Desc
Imaged Certificate of Notice   Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 24, 2023 | Form ID: pdf900 | Total Noticed: 52 |

| 14296440 | + Email/Text: bncmail@w-legal.com | Feb 25 2023 00:18:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14254396 | + Email/Text: bncmail@w-legal.com | Feb 25 2023 00:18:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14254397 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 25 2023 00:18:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 14284075 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 25 2023 00:18:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14254398 | + Email/Text: bnc-bluestem@quantum3group.com | Feb 25 2023 00:19:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Financial |
| cr | | Franklin American Mortgage Company |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | Pennymac Loan Services, LLC |
| 14306055 | *+ | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:

**Name**     **Email Address**

Brett A. Solomon
on behalf of Defendant Ally Financial brett.solomon@solomon-legal.com

Brett A. Solomon
on behalf of Creditor Ally Financial brett@solomon-legal.com

Brian Nicholas
on behalf of Creditor Franklin American Mortgage Company bnicholas@kmllawgroup.com

Brian C. Thompson
on behalf of Debtor Jeffrey J. Libecco bthompson@ThompsonAttorney.com
blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
on behalf of Plaintiff Jeffrey J. Libecco bthompson@ThompsonAttorney.com

blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson

on behalf of Plaintiff Sherrie J. Libecco bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson

on behalf of Joint Debtor Sherrie J. Libecco bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Harry B. Reese

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

James A. Prostko

on behalf of Creditor Pennymac Loan Services  LLC jprostko@c-vlaw.com, jamesprostko@gmail.com

Jerome B. Blank

on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com

Jill Manuel-Coughlin

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

Joseph A. Dessoye

on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

Joshua I. Goldman

on behalf of Creditor Franklin American Mortgage Company jgoldman@kmllawgroup.com angelica.reyes@padgettlawgroup.com

Matthew John McClelland

on behalf of Creditor Franklin American Mortgage Company mjmcclelland@rothmangordon.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Sarah Kathleen McCaffery

on behalf of Creditor Pennymac Loan Services  LLC ckohn@hoflawgroup.com

Thomas Song

on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

TOTAL: 19