IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 16-22460-JAD |
| Jeffrey J. Libecco, and | ) | |
| Sherrie J. Libecco, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Jeffrey J. Libecco, and | ) | Document No. |
| Sherrie J. Libecco, | ) | |
| | ) | Related to Document No. |
| Movants, | ) | |
| v. | ) | |
| | ) | |
| No Respondents, | ) | |
| | ) | |
| Respondent. | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are **not** required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On March 1, 2018, at docket numbers 60 and 61, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Debtors: *Jeffrey J. Libecco and Sherrie J. Libecco*. Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: February 27, 2023

/s/ Jeffrey J. Libecco, Debtor

Dated: February 27, 2023

/s/ Sherrie J. Libecco, Debtor

Respectfully submitted,

Dated: February 27, 2023

/s/Brian C. Thompson
Brian C. Thompson, Esquire

PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
bthompson@thompsonattorney.com