**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/18/23 1:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
 JEFFREY J. LIBECCO
 SHERRIE J. LIBECCO
            Debtor(s)

 Ronda J. Winnecour
            Movant
        vs.
 No Repondents.

Case No.:16-22460 JAD

Chapter 13

Related to ECF No. 113

**DEFAULT O/E JAD**

ORDER OF COURT

 AND NOW, this  18th  day of  April,  203,  upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

 (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

 (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

 (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

 (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

 (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

 (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A DELLER        jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 16-22460-JAD

Jeffrey J. Libecco                                                                     Chapter 13

Sherrie J. Libecco

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 18, 2023 | Form ID: pdf900 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey J. Libecco, Sherrie J. Libecco, 111 Cameron Square Drive, Evans City, PA 16033-4725 |
| cr | + | Peoples Natural Gas Company LLC, 225 North Shore Drive, Attention: Barbara Rodgers, Pittsburgh, PA 15212-5861 |
| 14276890 | + | ACE CASH EXPRESS, WILLIAMSON AND BROWN,LLC, 4691 CLIFTON PKWY, HAMBURG, NY 14075-3201 |
| 14254377 | + | Armstrong, 437 North Main Street, Butler, PA 16001-4358 |
| 14257621 | + | Berkheimer Assoc-Agt Seneca ValleySD-CranberryTwp, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14254378 | + | Berkheimer Tax Administrator, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 14260282 | + | Butler County Tax Claim Bureau, County Government Center, 124 West Diamon Street, 1st Floor, Butler PA 16001-5780 |
| 14254384 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Association, 13355 Noel Rd., Ste. 2100, Dallas, TX 75240 |
| 14254383 | + | Connoquenessing Borough, PO Box 471, Connoquenessing, PA 16027-0471 |
| 14325275 | + | Franklin American Mortgage Company, Cenlar FSB, 425 Phillips BLVD, Ewing, NJ 08618-1430 |
| 14260281 | + | Northwest Consumer Discount Company, PO Box 789, Butler PA 16003-0789 |
| 14254392 | + | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15148947 | + | PennyMac Loan Services, LLC, c/o Jill Manuel-Coughlin, Esquire, 8 Neshaminy Interplex Drive, Suite 215, Trevose, PA 19053-6980 |
| 14254393 | + | Peoples Gas, PO Box 747105, Pittsburgh, PA 15274-7105 |
| 14324935 | + | Porania, LLC, P.O. Box 12213, Scottsdale, AZ 85267-2213 |
| 14254394 | | SYNCB/Wal-Mart, PO Box 9530927, Atlanta, GA 30353 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2023 23:45:22 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Apr 18 2023 23:45:37 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14263235 | | Email/Text: ally@ebn.phinsolutions.com | Apr 18 2023 23:30:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14254376 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 18 2023 23:30:00 | Ally Financial, PO Box 380902, Minneapolis, MN 55438-0902 |
| 14268698 | + | Email/Text: csc.bankruptcy@amwater.com | Apr 18 2023 23:31:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 14254379 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2023 23:45:05 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14259781 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 18 2023 23:45:05 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14304396 | | Email/PDF: bncnotices@becket-lee.com | Apr 18 2023 23:45:38 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14254380 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 18 2023 23:30:00 | Comenity Bank/FLLBTY, PO Box 659728, San |

District/off: 0315-2                                     User: auto                                         Page 2 of 4

Date Rcvd: Apr 18, 2023                          Form ID: pdf900                                Total Noticed: 52

| | | | | Antonio, TX 78265-9728 |
|---|---|---|---|---|
| 14254381 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 18 2023 23:30:00 | Comenity Bank/Zales, PO Box 659819, San Antonio, TX 78265-9119 |
| 14254382 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 18 2023 23:30:00 | Comenity Capital Bank, PO Box 183003, Columbus, OH 43218-3003 |
| 14254387 | | Email/Text: mortgagebksupport@citizensbank.com | Apr 18 2023 23:30:00 | Franklin American Mortgage Company, 501 Corporate Center Drive, Suite 400, Franklin, TN 37067 |
| 14254385 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 18 2023 23:45:06 | First Premier, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 14254386 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 18 2023 23:45:22 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 14254388 | + | Email/Text: bnc-bluestem@quantum3group.com | Apr 18 2023 23:30:00 | Gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14280429 | + | Email/Text: bankruptcy@sccompanies.com | Apr 18 2023 23:31:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14254389 | + | Email/Text: bankruptcy@sccompanies.com | Apr 18 2023 23:31:00 | Ginny's, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14254390 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 18 2023 23:30:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14307722 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 18 2023 23:45:07 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14305196 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 18 2023 23:30:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14695772 | | Email/PDF: ebnotices@pnmac.com | Apr 18 2023 23:45:37 | PENNYMAC LOAN SERVICES, LLC, ATTN: CORRESPONDENCE UNIT, P.O. BOX 514387, LOS ANGELES, CA 90051-4387 |
| 14706716 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 18 2023 23:45:37 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14254391 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 18 2023 23:30:00 | Penn Power, 5001 NASA Blvd, Fairmont, PA 26554-8248 |
| 14322861 | + | Email/Text: ebnpeoples@grblaw.com | Apr 18 2023 23:30:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14301292 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 18 2023 23:30:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14269080 | | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2023 23:30:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14273319 | | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2023 23:30:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14265082 | | Email/Text: bnc-quantum@quantum3group.com | Apr 18 2023 23:30:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14257493 | | Email/PDF: rmscedi@recoverycorp.com | Apr 18 2023 23:45:07 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14282058 | + | Email/Text: bankruptcy@sccompanies.com | Apr 18 2023 23:31:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14254395 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 18 2023 23:45:37 | Syncb/WalMart, PO Box 530927, Atlanta, GA 30353-0927 |

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Apr 18, 2023 | Form ID: pdf900 | Total Noticed: 52

| 14296440 | + Email/Text: bncmail@w-legal.com | | |
| | | Apr 18 2023 23:30:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14254396 | + Email/Text: bncmail@w-legal.com | | |
| | | Apr 18 2023 23:30:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 14254397 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | Apr 18 2023 23:30:00 | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 14284075 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | Apr 18 2023 23:30:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14254398 | + Email/Text: bnc-bluestem@quantum3group.com | | |
| | | Apr 18 2023 23:30:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ally Financial |
| cr | | Franklin American Mortgage Company |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | | Pennymac Loan Services, LLC |
| 14306055 | *+ | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Defendant Ally Financial brett.solomon@solomon-legal.com |
| Brett A. Solomon | on behalf of Creditor Ally Financial brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor Franklin American Mortgage Company bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Jeffrey J. Libecco bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian C. Thompson | on behalf of Plaintiff Jeffrey J. Libecco bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.co |

District/off: 0315-2       User: auto       Page 4 of 4

Date Rcvd: Apr 18, 2023       Form ID: pdf900       Total Noticed: 52

m;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
on behalf of Plaintiff Sherrie J. Libecco bthompson@ThompsonAttorney.com
blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian C. Thompson
on behalf of Joint Debtor Sherrie J. Libecco bthompson@ThompsonAttorney.com
blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Harry B. Reese
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

James A. Prostko
on behalf of Creditor Pennymac Loan Services  LLC jprostko@c-vlaw.com, jamesprostko@gmail.com

Jerome B. Blank
on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com

Jill Manuel-Coughlin
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

Joseph A. Dessoye
on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com

Joshua I. Goldman
on behalf of Creditor Franklin American Mortgage Company jgoldman@kmllawgroup.com
angelica.reyes@padgettlawgroup.com

Karina Velter
on behalf of Creditor PENNYMAC LOAN SERVICES  LLC kvelter@pincuslaw.com, brausch@pincuslaw.com

Matthew John McClelland
on behalf of Creditor Franklin American Mortgage Company mjmcclelland@rothmangordon.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Sarah Kathleen McCaffery
on behalf of Creditor Pennymac Loan Services  LLC ckohn@hoflawgroup.com

Thomas Song
on behalf of Creditor Pennymac Loan Services  LLC pawb@fedphe.com


TOTAL: 20